| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 4/27/2020 |

JAMILA BRAILSFORD,

                Plaintiff,

      -against-

UNITED STATES OF AMERICA and
THADDAEUS BRAILSFORD,

                Defendants.

1:19-cv-04529-MKV

<u>SCHEDULING ORDER</u>

**MARY KAY VYSKOCIL, United States District Judge:**

      In response to the spread of COVID-19 (coronavirus), the President of the United States has declared a national emergency, the Governor of New York has banned large gatherings, and the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus.  *In re Coronavirus/COVID-19 Pandemic* [M10-468, 20MISC00155].  Accordingly:

      It is hereby ORDERED that the Conference scheduled to take place on April 30, 2020 is adjourned *sine die*.

**SO ORDERED.**

**Date:  April 27, 2020**
       **New York, NY**

*(signature)*
**MARY KAY VYSKOCIL**
**United States District Judge**